USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/10/2022__



**STILLMAN LEGAL, P.C**
www.FightForUrRights.com
42 BROADWAY, 12TH FLOOR, NEW YORK NY 10004

Plaintiff's request for an extension is granted. The parties are directed to submit the motion on or by January 24, 2022.

The Clerk of Court is kindly directed to terminate the motion at ECF No. 32.

SO ORDERED:

/s/ Nelson S. Román

NELSON S. ROMÁN
United States District Judge

Dated: January 10, 2022
White Plains, NY

**VIA ECF**
Hon Nelson Stephen Roman
United States Judge
Southern District of New York

**MEMO ENDORSED**

Re: Hernandez v Amoudia et al.
Civil Case No.: 7:20 CV 04450-NSR

Your Honor

Our office represents Plaintiff in the above-referenced matter. The parties request an additional (2) two weeks to submit a fully briefed motion pursuant to **Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199**. Plaintiff respectfully requests that the case not be dismissed until the motion has been submitted to the Court.

Respectfully submitted,
**STILLMAN LEGAL, P.C.**

/s/Lina Stillman
*Counsel for Plaintiff*

---

| 42 BROADWAY, 12TH FLOOR NEW YORK NY 10004
P: 800.933.56.20| F: 718.777.0599 |